IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>PEARLIE HAIGLER<br>SSAN: XXX-XX-7200<br><br><br><br>_____<br>Debtor(s) | Case No. 16-33130-DHW<br>Chapter 13 |

**TRUSTEE'S OBJECTION TO CONFIRMATION**

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on November 03, 2016.

2. The debtor(s) §341 Meeting of Creditors was held December 01, 2016.

3. The debtor(s) overall pay record is 100%.

(**X**) The plan fails to make provisions for the following secured/priority listed Creditor(s): Ocwen listed twice on Schedule D.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this December 12, 2016.

                                                                           Sabrina L. McKinney
                                                                          Acting Chapter 13 Trustee

                                                              By: /s/*William C. Carn, III*
                                                                     William C. Carn, III
                                                                     Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: carnw@ch13mdal.com

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this December 12, 2016.

Copy to:  DEBTOR(S)
            RICHARD D SHINBAUM

/s/*William C. Carn, III*
_____
William C. Carn, III
Staff Attorney